Case 1:25-cv-03021-CM    Document 11    Filed 10/14/25    Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11

| | |
|---|---|
| NISSAN MOTOR ACCEPTANCE COMPANY LLC, | ) ) ) |
| Petitioner, | ) ) ) C.A. No.: 1:25-cv-3021 |
| vs. | ) ) |
| JOVAN FLUDD, | ) ) ) |
| Respondent. | ) |

## [~~PROPOSED~~] ORDER CONFIRMING ARBITRATION AWARD AND ENTERING JUDGMENT

THIS CAUSE having come before the Court on the Motion to Confirm Arbitration Award filed by Petitioner Nissan Motor Acceptance Company LLC ("NMAC"), by and through its counsel, proper notice having been given, and this Court finding that Respondent Jovan Fludd is bound to the arbitration agreement with NMAC; this dispute having been submitted to an arbitrator who, upon a motion for summary disposition briefed by all parties, entered an award; this Court having jurisdiction to enforce the awards of arbitrators pursuant to 9 U.S.C. § 9; the Court having considered the written submissions of Petition, and for good cause shown, it is HEREBY ORDERED:

(1) The Petitioner's Motion to Confirm the Arbitration Award is granted;

(2) The Award of the Arbitrator in AAA Case Number 01-23-000-6202, dated December 4, 2024, and attached as Exhibit A to this order is **Confirmed** in its entirety;

(3) Final Judgment is hereby **Granted** and entered in favor of Nissan Motor Acceptance Company LLC and against Jovan Fludd, whose last known address is 2199 5th Avenue, #3A, New York, NY 10037, in the total amount of $42,147.71, plus statutory interest as provided by law

since December 4, 2024 (the date of the Final Arbitration Award) until paid in full, for which let execution issue;

(4) Nissan Motor Acceptance Company LLC is awarded its fees and costs necessary to confirm the Arbitration Award and enter this Judgment in the amount of $4,145.00 for attorneys' fees and $405.00 in costs.

It is further Ordered that Petitioner shall have all writes of execution and other process necessary to enforce this Judgment.

Dated: 10/14/2025

_____
United States District Judge