**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
NISSAN MOTOR ACCEPTANCE
COMPANY LLC,

                    Petitioner,                    25 **CIVIL** 3021

        -against-                                **JUDGMENT**

JOVAN FLUDD,

                    Respondent.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated October 14, 2025, and the Court's Order dated October 14, 2025, the Petitioner's Motion to Confirm the Arbitration Award is granted. The Award of the Arbitrator in AAA Case Number 01-23-000-6202, dated December 4, 2024, is **Confirmed** in its entirety. Final Judgment is hereby **Granted** and entered in favor of Nissan Motor Acceptance Company LLC and against Jovan Fludd, whose last known address is 2199 5th Avenue, #3A, New York, NY 10037, in the total amount of $42,147.71, plus statutory interest as provided by law since December 4, 2024 (the date of the Final Arbitration Award) until paid in full, for which let execution issue. Nissan Motor Acceptance Company LLC is awarded its fees and costs necessary to confirm the Arbitration Award in the amount of $4,145.00 for attorneys' fees and $405.00 in costs.

**Dated**: New York, New York
          October 17, 2025

                                                      **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                          **BY:**          *K. Mango*

                                                      **Deputy Clerk**